UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD TANUBAGIJO,<br>    Petitioner,<br>      v.<br>DANIEL PARAMO, Warden,<br>    Respondent. | Case No. 18-02476 BLF (PR)<br>**ORDER OF TRANSER** |

Petitioner, a state prisoner at the R.J. Donovan Correctional Facility in San Diego, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the lawfulness of his state conviction. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Here, Petitioner is challenging his conviction out of Solano County, (Pet. at 1), which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, the preferred venue for this action is in that district and not in this one. *See* Habeas L.R. 2254-3(a)(1); 28 U.S.C. § 84(a). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

///

1   The Clerk shall terminate all pending motions and transfer the entire file to the
2   Central District of California.
3   **IT IS SO ORDERED.**
4   **Dated:**   8/9/2018

    *Beth Labson Freeman* (signature)
    BETH LABSON FREEMAN
    United States District Judge