UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD TANUBAGIJO,<br><br>  Petitioner,<br><br>  v.<br><br>DANIEL PARAMO,<br><br>  Respondent. | No. 2:18-cv-02290-MCE-CKD P<br><br>ORDER TO SHOW CAUSE |

Petitioner is a California prisoner challenging his state court conviction via a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  On July 26, 2019, the court stayed the instant proceedings to allow petitioner to return to state court to exhaust his judicial remedies concerning new claims for relief.  ECF No. 26.  Since that time, petitioner filed two status reports as directed by the court.  ECF Nos. 33, 34.  However, neither of those status reports indicate that petitioner is exhausting his state court remedies by filing a habeas corpus petition in the California Supreme Court.  Therefore, the court will order petitioner to demonstrate what steps he has taken to exhaust his state court remedies since July 2019.  Petitioner shall include a copy of any decision issued by a California state court during that time period concerning his new claims for relief.

Accordingly, IT IS HEREBY ORDERED that petitioner show cause within 30 days from the date of this order why the stay of this case should not be lifted based on the lack of pending

1 | state court proceedings concerning his conviction.

2 | Dated:  May 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 | 12/tanu2290.oscliftstay.docx