UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD TANUBAGIJO, | No. 2:18-cv-02290-MCE-CKD P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

Petitioner is a state inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. Following submission of respondent's answer to petitioner's habeas corpus application on September 29, 2020, petitioner filed a motion to submit new claims. ECF No. 43. The court will liberally construe petitioner's request as a motion to amend his § 2254 petition. So construed, the court will set a briefing schedule on the motion concurrently with the briefing on the pending § 2254 petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file a response to petitioner's motion to amend within 21 days from the date of this order. Petitioner may file a reply within 14 days of service of the response. The motion to amend will be deemed submitted at the expiration of this time period.

2. The court sua sponte extends the time period for petitioner to file a reply to

1

respondent's answer. Petitioner's reply, if any, shall be filed within 21 days from the date of this order.

Dated: April 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tanu2290.briefing.docx